**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC<br><br>*Plaintiff*,<br><br>v.<br><br>XEROX CORPORATION<br><br>*Defendant*. | C.A. No. 13-624-SLR |

**SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.7, please withdraw the Appearance of John G. Day, Esquire behalf on Xerox Corporation and enter the Appearance of Beth Moskow-Schnoll, Esquire, of Ballard Spahr LLP on behalf of Xerox Corporation.

Dated: June 6, 2013

| | |
|---|---|
| */s/ John G. Day*<br>John G. Day (No. 2403)<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Phone: (302) 654-1888<br>Facsimile: (302) 654-2067<br>Email: jday@ashby-geddes.com | */s/ Beth Moskow-Schnoll*<br>Beth Moskow-Schnoll (No. 2900)<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>Phone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: moskowb@ballardspahr.com<br><br>OF COUNSEL<br><br>Katrina M. Quicker, Esquire<br>Jason P. Grier, Esquire<br>Michael J. Riesen, Esquire<br>BALLARD SPAHR LLP<br>999 Peachtree Street, Suite 1000<br>Atlanta, GA  30309<br>Phone: (678) 420-9300 |