# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC<br><br>　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>XEROX CORPORATION<br><br>　　　　　　　　*Defendant*. | C.A. No. 13-624-SLR |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Katrina M. Quicker, Esquire, Jason P. Grier, Esquire and Michael J. Riesen, Esquire of Ballard Spahr LLP, 999 Peachtree Street, Suite 1000, Atlanta, GA 30309 to represent to represent the Defendant, Xerox Corporation, in this matter.

Date:  June 6, 2013
Wilmington, Delaware

BALLARD SPAHR LLP

 _/s/ Beth Moskow-Schnoll_____
Beth Moskow-Schnoll (#2900)
919 North Market Street, 11th Floor
Wilmington,  DE  19801
(302) 252-4447
moskowb@ballardspahr.com

*Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:  _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DMEAST #16936947 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 5, 2013

Michael J. Riesen, Esquire
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
(678) 420-9300
riesenm@ballardspahr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 5, 2013

Jason P. Grier, Esquire
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
(678) 420-9300
grierj@ballardspahar.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 5, 2013

*/s/ Katrina M. Quicker*
Katrina M. Quicker, Esquire
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA  30309
(678) 420-9300
quickerk@ballardspahr.com