# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC<br><br>*Plaintiff*,<br><br>v.<br><br>XEROX CORPORATION<br><br>*Defendant*. | C.A. No. 13-624-SLR |

## **RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Xerox Corporation, by and through its attorneys, Ballard Spahr LLP, hereby certifies that it has no parent corporation and that no publically held corporation owns more than ten (10) percent of its stock.

Dated: June 6, 2013

    Beth Moskow-Schnoll (No. 2900)
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE  19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: moskowb@ballardspahr.com

OF COUNSEL

Katrina M. Quicker, Esquire
Jason P. Grier, Esquire
Michael J. Riesen, Esquire
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA  30309
Phone: (678) 420-9300