Case 1:13-cv-01451-SLR   Document 16   Filed 01/20/14   Page 1 of 2 PageID #: 135



**BAYARD**

222 Delaware Avenue • Suite 900  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
sbrauerman@bayardlaw.com

January 20, 2014

**VIA ELECTRONIC FILING**

The Honorable Judge Sue L. Robinson  
The United States District Court for the District of Delaware  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801-3568

    *Data Speed Technology, LLC v. EMC Corporation*, C.A. No. 13-616-SLR  
    *Data Speed Technology, LLC v. Lexis Nexis Group*, C.A. No. 13-619-SLR  
    *Data Speed Technology, LLC v. World Software Corporation*, C.A. No. 13-623-SLR  
    *Data Speed Technology, LLC v. Xerox Corporation*, C.A. No. 13-624-SLR  
    *Data Speed Technology, LLC v. Zoho Corporation*, C.A. No. 13-625-SLR  
    *Data Speed Technology, LLC v. Open Text, Inc.*, C.A. No. 13-689-SLR  
    *Data Speed Technology, LLC v. Toshiba America, Inc.*, C.A. No. 13-1052-SLR  
    *Data Speed Technology, LLC v. Alfresco Software Ltd., et al.*, C.A. No. 13-1443-SLR  
    *Data Speed Technology, LLC v. Box Inc.*, C.A. No. 13-1444-SLR  
    *Data Speed Technology, LLC v. Cincom Systems, Inc.*, C.A. No. 13-1446-SLR  
    *Data Speed Technology, LLC v. Dassault Systemes Solidworks, Corp..*, C.A. No. 13-1447-SLR  
    *Data Speed Technology, LLC v. Document Logistix Ltd.*, C.A. No. 13-1448-SLR  
    *Data Speed Technology, LLC v. Thomson Reuters Corporation, et al.*, C.A. No. 13-1450-SLR  
    *Data Speed Technology, LLC v. VMware, Inc.*, C.A. No. 13-1451-SLR  
    *Data Speed Technology, LLC v. Wolters Kluwer U.S. Corporation, et al.*, C.A. No. 13-1452-SLR

Dear Judge Robinson:

    I write on behalf of Data Speed Technology LLC ("Data Speed Tech") regarding two alleged deficiencies in the chain of title that were identified by Defendants at last week's oral argument on Defendants' motions to dismiss: (1) the alleged failure to provide a copy of Peter J. King's will and (2) copies of the actual assignments between Kenneth Conner and Data Speed Tech.

    These alleged deficiencies had only been raised in a single sentence in Defendants' most recent reply brief, a brief to which Data Speed was not entitled to respond. Following last week's hearing Data Speed Tech provided Defendants with a certified copy of Peter J. King's





The Honorable Sue L. Robinson
January 20, 2014
Page 2

Will and copies of the as-filed assignments between Kenneth Conner and Data Speed Tech. Both sets of documents are submitted to the Court with this letter.

      Data Speed conducted a diligent inquiry into the ownership of the patents in suit. Several parties had informed us that Peter J. King's Will was not publically available, including the executor of his estate. Based on the assumption that Peter J. King's Will was not available, Data Speed obtained a declaration from the executor of Peter J. King's estate. The day after this Court's hearing on ownership issues relating to the '686 patent, Data Speed sent a messenger to the courthouse in Ramsey, Minnesota. Ramsey is the small town where Peter J. King had passed away. There, Data Speed was able to obtain, with the help of the court staff a certified copy of the Peter J. King Will (see attached) that substantiates the declaration of Peter J. King's son Russell King. The Peter J. King Will states that all Peter J. King's assets were to flow into the Peter King Trust (which executed the assignment of the patent-in-suit to Kenneth Conner).

      Should Your Honor have any questions or require any additional information, Data Speed is available at the Court's convenience.

      Respectfully submitted,

/s/ *Stephen B. Brauerman*

      Stephen B. Brauerman (sb4952)

cc:    All counsel